**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Raymond Gonzales,             )     No. CV 02-1822-PHX-PGR

       Plaintiff,        )

v.                          )      **ORDER**

Terry Stewart, et al.,       )

       Defendants.     )

_____)

The Defendants having submitted their Motion for Enlargement of Time to File a Jointly Proposed Pre-trial Order (Doc. 59), and good cause appearing,

IT IS ORDERED that the Defendants' Motion for Enlargement of Time to File a Jointly Proposed Pre-trial Order (Doc. 59) is GRANTED.

IT IS FURTHER ORDERED that the parties will have until November 28, 2005 to file a Joint Pretrial Statement with the Court.

DATED this the 12th day of October, 2005.

Paul G. Rosenblatt
United States District Judge