**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Gonzales, ) | No. CV 02-1822-PHX-PGR |
| ) Plaintiff, ) | |
| v. ) | **ORDER** |
| ) Terry Stewart, et al., ) | |
| ) Defendants. ) | |

Defendants having submitted their Request that Jointly Proposed Pre-trial Order be Accepted as Timely Filed (Doc. 65), and good cause appearing,

IT IS ORDERED accepting the parties' jointly proposed pre-trial order as timely filed.

DATED this 3rd day of January, 2006.

_____
Paul G. Rosenblatt
United States District Judge