**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Raymond Gonzales, | ) | No. CV 02-1822-PHX-PGR |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Terry Stewart, et al., | ) | |
| Defendants. | ) | |

Having reviewed the parties' Stipulation to Substitute Defendants Pursuant to Fed. R. Civ. P. 25, and good cause appearing,

IT IS ORDERED substituting in Director Dora Schriro and Deputy Warden Conrad McWilliams, in their official capacities, for purposes of the injunctive relief sought by the Plaintiff.

DATED this the 10th day of January, 2006.

_____
Paul G. Rosenblatt
United States District Judge

_____
Paul G. Rosenblatt
United States District Judge